## Commonwealth v. Shields, Appellant.

Submitted April 9, 1973. *Albert D. Massi,* Assistant Public Defender, for appellant; *Joseph M. Stanichak,* Assistant District Attorney, and *Joseph S. Walko,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.